IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| GREGORY ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-612 |
| | ) | |
| HOUSEHOLD BANK, | ) | |
| ARIEL MENDOZA, | ) | |
| FINKELSTEIN, KERN, STEINBERG & | ) | |
| CUNNINGHAM, | ) | |
| TIMOTHY L. EDINGTON, | ) | |
| RON CUNNINGHAM, | ) | |
| PAUL E. McLEMORE, and | ) | |
| JEFF D. RADER, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the motions to dismiss filed by defendants Finkelstein, Kern, Steinberg & Cunningham [doc. 41], Timothy L. Edington [doc. 43], Ron Cunningham [doc. 45], and Paul E. McLemore [doc. 47] are **GRANTED**. This civil action is **DISMISSED**.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge